IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ASHLEY DOYLE TRUITT                                             PLAINTIFF
#47989

v.                          No: 3:21-cv-35-DPM

KEITH BOWERS, Jail
Administrator, Craighead County
Detention Center; and CRAIGHEAD
COUNTY DETENTION CENTER                                         DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Truitt hasn't paid the filing and administrative fees or filed a complete application to proceed *in forma pauperis*; instead, her mail is being returned undelivered. Doc. 3 & 4. Her complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 June 2021