IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ASHLEY DOYLE TRUITT                                                PLAINTIFF
#47989

v.                          No: 3:21-cv-35-DPM

KEITH BOWERS, Jail
Administrator, Craighead County
Detention Center; and CRAIGHEAD
COUNTY DETENTION CENTER                                            DEFENDANTS

## JUDGMENT

Truitt's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 June 2021